UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANGEL MEMORY, doing business as ) <br> Hair America; MELVIN CAMPBELL; ) <br> DELROE HAMER; JAMES ) <br> McDUFFIE; JEWEL F. SIMMONS; ) <br> CHRIS L. NEALY; ANN MARIE ) <br> McDUFFIE; HAROLD FIPPS; ) <br> ELMER MURREL; ROSEMARY ) <br> McCOLSKEY; KEVIN HARRELSON; ) <br> COLON CARTER; LAMAR McPHERSON; ) <br> CHARLES CRAWFORD, doing business as ) <br> Tire Barn; EDGAR CAINES, JR., Owner ) <br> of Peacocks Stop, Inc.; BONNIE PRINCE, ) <br> doing business as Edu-Care; CAROLYN ) <br> SIMMONS, Individually; and, ) <br> THE TOWN OF CHADBOURN, ) <br> ) <br>             Plaintiffs, ) <br> )          JUDGMENT <br>    v. ) <br> ) <br> COUNTY OF COLUMBUS; COLUMBUS ) <br> COUNTY, Owner and Operator of Columbus ) <br> County Water and Sewer District II; ) <br> CHADBOURN RURAL WATER ) <br> ASSOCIATION, INC.; KIP McCLARY, ) <br> in his representative capacity as Public Utilities ) <br> Director for the County of Columbus; DAVID ) <br> BOEGE, JR., Individually, and as Chairman ) <br> of the Chadbourn Rural Water Association, Inc.; ) <br> HILDA STRICKLAND, Individually, and as an ) <br> officer of the Chadbourn Rural Water Association, ) <br> Inc.; JOHN AND MARY DOE, other officers ) <br> and/or directors of Chadbourn Rural Water ) <br> Association, Inc., who acted in concert with ) <br> David Boege, Jr., ) <br> ) <br>             Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiffs' motions to amend and remand.

**IT IS ORDERED, ADJUDGED AND DECREED,** in accordance with the court's order entered June 14, 2010, that plaintiffs' motions are granted, and this case is remanded to the North Carolina General Court of Justice, Superior Court Division, Columbus County.

**This Judgment Filed and Entered on June 15, 2010, and Copies To:**

John L. Coble (via CM/ECF Notice of Electronic Filing)
Bradley Owen Wood (via CM/ECF Notice of Electronic Filing)
Jacob Holmes Wellman (via CM/ECF Notice of Electronic Filing)
The Honorable Sheila S. Pridgen, Clerk of Columbus County Superior Court, Whiteville, NC
    (via U.S. Mail)


June 15, 2010                DENNIS P. IAVARONE, CLERK
                                      /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk